BENJAMIN W. WAGNER
United States Attorney
MARK J. McKEON
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

**FILED**

DEC 0 1 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**SEALED**

| UNITED STATES OF AMERICA, | ) | CASE NO. 1:10 MJ 00332 SMS |
|---|---|---|
| Plaintiff, | ) | |
| | ) | APPLICATION AND ORDER TO |
| v. | ) | SEAL COMPLAINT AND ARREST |
| | ) | WARRANT |
| STEFAN LEMAR MILLER, | ) | |
| Defendant. | ) | |

The United States of America hereby applies for an order permitting it to file the complaint and arrest warrants in the above-captioned proceedings under seal until further order of the Court.

DATED: November 30, 2010          Respectfully submitted,

                                   BENJAMIN W. WAGNER
                                   United States Attorney

                              By   /s/ Mark J. McKeon
                                   MARK J. McKEON
                                   Assistant U.S. Attorney

| | |
|---|---|
| 1 | BENJAMIN W. WAGNER |
|   | United States Attorney |
| 2 | MARK J. McKEON |
|   | Assistant U.S. Attorney |
| 3 | 4401 Federal Building |
|   | 2500 Tulare Street |
| 4 | Fresno, California 93721 |
|   | Telephone: (559) 497-4000 |

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. |
| Plaintiff, | ) | |
| | ) | APPLICATION AND ORDER TO |
| v. | ) | SEAL COMPLAINT AND ARREST |
| | ) | WARRANT |
| STEFAN LEMAR MILLER, | ) | |
| Defendant. | ) | |

The United States of America hereby applies for an order permitting it to file the complaint and arrest warrants in the above-captioned proceedings under seal until further order of the Court.

IT IS SO ORDERED.

DATED: 12/01/10

SANDRA M. SYNDER
United States Magistrate Judge

2