BENJAMIN B. WAGNER
United States Attorney
MARK J. McKEON
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
 United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:10-cr-00489-AWI |
| Plaintiff, | (Mag. No.: 1:10-mj-00332-SMS) |
| v. | APPLICATION FOR STAY OF MAGISTRATE'S ORDER SETTING CONDITIONS OF RELEASE ON BOND, PENDING HEARING ON THE GOVERNMENT'S MOTION FOR REVOCATION |
| STEFAN LEMAR MILLER, | |
| Defendants. | |

The United States of America, plaintiff herein, respectfully files this application for stay of the Magistrate's order in the Central District of California, setting conditions of release for the above-named defendant, pending hearing on the government's motion to revoke such orders.  This court is the only court which may consider the motion to revoke the Central District magistrate's release order.  18 U.S.C. § 3145(a)(1).

On December 3, 2010, the defendant initially appeared in the Central District of California, Los Angeles, on a warrant outstanding on a sealed complaint in this case (1:10-mj-00332-SMS)

1

which was filed on December 1, 2010.  The defendant is charged with mail fraud, wire fraud, and money laundering. The complaint was unsealed on December 3, 2010, after the defendant, Stefan Lemar Miller, was located and apprehended.

The magistrate in the Central District ordered the defendant detained until bond posted without justification of $100,000 by his mother and $75,000 by his wife.  Once that happens and he is released, he has until December 8, 2010, to post bond of $25,000 from his sister and $50,000 from his stepfather.  Terms of release include curfew and electronic monitoring.

The government will be moving to revoke the release order pursuant to 18 U.S.C. § 3145.  The basis for this motion will be that the defendant is a flight risk and danger to the community, and no condition or combination of conditions are adequate to assure the safety of the community or the defendant's appearance. This motion is not yet set for hearing.

The government now moves to stay the order of the Magistrate in the Central District of California, pending this Court's disposition of the motion for revocation of release order. This Court has the authority to authorize the stay.  Pursuant to 18 U.S.C. § 3142(f), a defendant may be detained pending completion of the detention hearing.  Congress expressly identified a clear public interest in permitting review of a magistrate's release order pursuant to section 3145.  Requiring release pending review by the district court would frustrate the very purpose of this review.  <u>United States v. Huckabay</u>, 707 F. Supp. 35, 37 (D.Me. 1989).  Subsection 3145(a) mandates a prompt review of the motion to revoke, thereby providing a reasonable

1   safeguard against unduly extended detention during review.

2   As the Huckabay court explained, there is nothing in the
3   statute or in its legislative history to suggest that Congress
4   intended to deny the district court a reasonable opportunity to
5   inform and exercise its discretion, which necessarily contemplates
6   a hearing and/or de novo consideration of the record presented
7   before the magistrate.  Id. at 37.

8   Section 3142(f) incorporates the important Congressional aim
9   of assuring meaningful review of release orders, inasmuch as
10  subsection 3142(f) permits detention "pending completion of the
11  [detention] hearing," which reasonably includes a limited period
12  for prompt review of the magistrate's release order under
13  subsection 3145(a).  Id.

14  The authority for staying the release order is also found
15  within the provisions of 18 U.S.C. § 3142(d) which provides for
16  temporary detention pending the revocation of an order for
17  conditional release. United States v. Geerts, 629 F. SUPP. 830,
18  831 (E.D.Pa. 1985).

19  The government respectfully requests that the Court now stay
20  the magistrate's orders of release pending this Court's
21  disposition of the motion for revocation of release order.

22  DATED: December 6, 2010                BENJAMIN B. WAGNER
                                           United States Attorney
23

24                                         By: _____
                                               MARK J. McKEON
25                                             Assistant U.S. Attorney

26

27

28

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>    v.<br><br>STEFAN LEMAR MILLER,<br><br>       Defendants. | ) No. 1:10-cr-00489-AWI<br>)<br>) (Mag. No.: 1:10-mj-00332-SMS)<br>)<br>)<br>) ORDER STAYING MAGISTRATE'S ORDER<br>) RELEASING DEFENDANTS ON BOND<br>) PENDING HEARING ON THE<br>) GOVERNMENT'S MOTION FOR REVOCATION<br>) HEARING, AND ORDER SETTING<br>) BRIEFING SCHEDULE |

Upon application of the United States Government for stay of the order of the magistrate in the Northern District of California setting conditions of release for the above-named defendants, and good cause appearing,

IT IS HEREBY ORDERED THAT the Magistrate's order setting conditions for release of the above-named defendant, be stayed pending the disposition of the government's motion to revoke such orders.

IT IS FURTHER ORDERED that the government shall file its motion no later than December 10, 2010, and that date for the defendants' response and hearing on said motion be determined at the defendant's initial appearance in this district.

IT IS SO ORDERED.

Dated:   December 7, 2010                                         _____
                                                                 CHIEF UNITED STATES DISTRICT JUDGE

1